NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS JAY CORNIEA, | No.    15-16407 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-01199-DGC |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner Social Security, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted May 16, 2017[**]
San Francisco, California

Before:  W. FLETCHER and TALLMAN, Circuit Judges, and HUCK,[***] District Judge.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[***]      The Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

Thomas J. Corniea appeals the district court's order affirming the Social Security Administration's determination that he is not disabled. *See* 42 U.S.C. § 405(g). We have jurisdiction under 28 U.S.C. § 1291 and review the district court's decision de novo. *Molina v. Astrue*, 674 F.3d 1104, 1110 (9th Cir. 2012). We adopt and affirm for the well-stated reasons in the district court order of May 15, 2015.

**AFFIRMED.**